# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELL DAVIS, | Case No. ED CV 15-01745 DMG (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: September 2, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE